# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | NO. 3:05-CR-34 |
| **v.** ) | |
| ) | (Phillips) |
| **ROY LAWRENCE AYERS** ) | |
| **HELEN AYERS** ) | |

## ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned judge hereby recuses himself in this matter.

**IT IS SO ORDERED.**

             ENTER:

                 s/ Thomas W. Phillips
                United States District Judge